UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Leslie Crepeau</u>

    v.                              Civil No. 11-cv-125-JL

<u>JP Morgan Chase Bank, et al.</u>

## **O R D E R**

The "emergency petition for temporary restraining order and petitioner for temporary injunction for wrongful and illegal foreclosure sale" was filed on this date at 11:54 a.m. in order to enjoin a foreclosure sale scheduled to take place at 12 noon on this date.  The court personally telephoned Harmon Law Offices P.C. and spoke to both attorney and paralegal personnel who informed the court that the foreclosure auction in question had already been conducted.  The requests for temporary and preliminary injunctive relief are therefore denied as moot.

    **SO ORDERED.**

                                          _____
                                          Joseph N. Laplante
                                          United States District Judge

Dated:    March 18, 2011

cc:   Leslie Crepeau, pro se